UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV999 RLW |
| ) | |
| JOSEPH TOMLINSON, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On July 17, 2014, Defendant Corizon LLC filed a Motion to Dismiss, or in the Alternative Motion for Summary Judgment, as to Count 9 of Plaintiff's Complaint (ECF No. 4). On July 29, 2014, Defendants Board of Police Commissioners and St. Louis City Metropolitan Police Department filed a Motion to Dismiss (ECF No. 12) and Defendant City of St. Louis filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, [on] Plaintiff's Complaint (ECF No. 16). On August 18, 2014, Plaintiff filed a Motion for Leave to File First Amended Complaint (Doc. No. 29), which purports to correct several of the deficiencies outlined in the motions to dismiss. Given the early stage of litigation, the Court will grant Plaintiff's Motion for Leave to File First Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint [29] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Corizon LLC's Motion to Dismiss, or in the Alternative Motion for Summary Judgment, as to Count 9 of Plaintiff's Complaint [4], Defendants Board of Police Commissioners and St. Louis City Metropolitan Police Department's

Motion to Dismiss [12], and Defendant City of St. Louis' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, [on] Plaintiff's Complaint [16] are **DENIED** as moot.

Dated this 18th day of August, 2014.

*Ronnie L. White*
_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE