UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14-CV-999-RLW |
| JOSEPH TOMLINSON, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Consent Motion for Leave to Extend Deadlines (ECF No. 79).

For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion for Leave to Extend Deadlines (ECF No. 79) is **GRANTED**.

**IT IS FURTHER ORDERED** that the ADR deadline is temporarily **STAYED**.

**IT IS FURTHER ORDERED** that the parties shall submit an amended joint proposed scheduling plan no later than **June 26, 2015**.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Dr. Paul Geiger with the Second Amended Complaint no later than **June 26, 2015**.

Dated this 12th day of June, 2015.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE