UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI—EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH TOMLINSON, et al., ) | Case No.: 4:14-cv-999-RLW |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FIRST INTERROGATORIES AND FIRST REQUESTS TO PRODUCE TO DEFENDANT APRIL SCOTT**

COMES NOW Plaintiff, Calvin Fletcher, Sr., by and through counsel, and submits the following interrogatories and requests to produce to be answered by Defendant April Scott:

**INTERROGATORIES**

1. Please state:

    a. Your full legal name and any aliases you have ever used;
    b. Your date and place of birth;
    c. Your social security number;
    d. Your address;
    e. Your addresses for the last five years;
    f. The maiden and married names of all spouses you have had, along with dates of marriage, dates of divorce or separation (if applicable), and dates of birth and last known addresses and phone numbers of any former spouses;
    g. Each college or university you attended post-high school, and any degree earned.

    RESPONSE:


2. Please state all jobs you have held for the last 7 years, including for each:

    a. Job titles (and dates thereof);
    b. Job duties and responsibilities;
    c. Dates of employment;
    d. Employer name and address; and
    e. Whether you were terminated, laid-off, or asked to leave.

RESPONSE:


3. Please state, as March of 2013, all professional licenses, certifications, awards, and honors you possessed or had received in the field of medicine or nursing, including:

    a. The name or title;
    b. The date granted or received;
    c. The expiration date (if applicable);
    d. The issuing organization or entity;
    e. Whether you still possess the license or certification today; and
    f. Any additional professional licenses, certifications, awards, or honors you have held or received in the time since March of 2013.

RESPONSE:


4. Are you aware of any statement made by Plaintiff regarding his arrest, transportation, confinement, or medical care, whether oral, written, recorded, or memorialized in any way, including, but not limited to, a stenographic, mechanical, electrical, audio, video, photograph, or other recording, or a transcription thereof? If so, please provide for each statement:

    a. Date, place and time taken;
    b. Name and address of the person or persons taking it;
    c. Name and address of the person or persons recording it;
    d. Names and addresses of all persons present at the time of the statement;
    e. Whether the statement was oral, written, shorthand, recorded, taped, etc.;
    f. Whether it was signed;
    g. Names and addresses of the persons or organizations under whose direction and upon whose behalf it was taken or made;
    h. Please attach an exact copy of the original of the statement, interview, report, film, or tape to your answers to these interrogatories; if oral, please state to the best of your ability the contents thereof; and
    i. If statement has been altered or destroyed, identify the person who did so, the date this occurred and the reason for alteration or destruction.

ANSWER:

     5.      State the names and addresses of each person known by defendant, defendant's representatives, or defendant's attorney(s) to have witnessed the confinement or treatment of Plaintiff while in the St. Louis City Justice Center in March of 2013.

     ANSWER:

     6.      Please state, to the best of your knowledge and ability:
  a. The name of the nurse who provided care to Plaintiff during the evening shift on March 10, 2013; and
  b. The name of the individual who signed his or her name as the Evening Shift Nurse on March 10, 2013, to the extent you recognize it (the signature can be found at Plaintiff 0277).

     ANSWER:

     7.      State whether or not statements have been obtained from any person mentioned in the interrogatory number 5 or 6 with regard to the facts or circumstances surrounding the incident. If so, please state the following:

          a. Date, place and time taken;
          b. Name and address of the person or persons taking it;
          c. Name and address of the person or persons recording it;
          d. Names and addresses of all persons present at the time of the statement;
          e. Whether the statement was oral, written, shorthand, recorded, taped, etc.;
          f. Whether it was signed;
          g. Names and addresses of the persons or organizations under whose direction and upon whose behalf it was taken or made;
          h. Please attach an exact copy of the original of the statement, interview, report, film, or tape to your answers to these interrogatories; if oral, please state to the best of your ability the contents thereof; and
          i. If statement has been altered or destroyed, identify the person who did so, the date this occurred and the reason for alteration or destruction.

     ANSWER:

     8.      Please identify each retained expert, specially employed expert, or employee whose duties regularly involve giving expert testimony, expected to provide expert testimony at trial, stating for each expert:

          a. Name;

      b. Address;
      c. Occupation;
      d. Place of Employment;
      e. Qualifications to give an opinion (if such information is available on an expert's curriculum vitae you may attach a copy thereof in lieu of answering this interrogatory subpart);
      f. Hourly deposition fee; and
      g. A copy of his or her report containing:

          i. a complete statement of all opinions the witness will express and the basis and reasons for them;
          ii. the facts or data considered by the witness in forming them;
          iii. any exhibits that will be used to summarize or support them;
          iv. the witness's qualifications, including a list of all publications authored in the previous 10 years;
          v. a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and
          vi. a statement of the compensation to be paid for the study and testimony in the case.

ANSWER:

9. For any other witness expected to present evidence under Federal Rule of Evidence 702, 703, or 705, please state his or her:

      a. Name;
      b. Address;
      c. Hourly deposition fee;
      d. The subject matter on which the witness is expected to testify; and
      e. A summary of the facts and opinions to which the witness is expected to testify.

ANSWER:

10. State whether or not any insurance company (including any company with excess or umbrella coverage) has an interest in the outcome of this litigation against defendant. If so, state the following:

      a. Name of the insurance company;
      b. Whether the insurance company is a stock company or a mutual company;
      c. Name of the insured;
      d. Type of insurance;
      e. Policy number;

    f. Limits of the policy applicable to the occurrence mentioned in these pleadings; and
    g. Whether the policy provides for medical payments coverage, and if so, the amount of the coverage.

 ANSWER:

11. Please state whether you are aware of any photographs, videos, audio recordings, or other recordings of Plaintiff or the events alleged in the Complaint. If so, state the following for each:

    a. What it depicts;
    b. The date it was taken;
    c. The name and address of the person taking it;
    d. The name, address, employer, insurer, and job title of the person presently having control or custody of it; and
    e. If such photograph, video, audiotape, or other recording has been altered or destroyed, identify the person who did so, the date this occurred and the reason for alteration or destruction.

 ANSWER:

12. Please state whether you have made any written or recorded statement of any kind regarding Plaintiff, his arrest, his transportation, his confinement, or his medical care (including, but not limited to, formal reports, informal statements, journal/diary entries, emails, letters, and posts on social media, such as Facebook, Myspace, Instagram, Twitter, or others). If so, please provide for each statement:

    a. Date, place, and time made;
    b. Name and address of the person or persons taking it;
    c. Name and address of the person or persons recording it;
    d. Names and addresses of all persons present at the time of the statement;
    e. Whether the statement was oral, written, shorthand, recorded, taped, etc.;
    f. Whether it was signed;
    g. Names and addresses of the persons or organizations under whose direction and upon whose behalf it was taken or made;
    h. Please attach an exact copy of the original of the statement, interview, report, film, or tape to your answers to these interrogatories; if oral, please state to the best of your ability the contents thereof; and
    i. If statement has been altered or destroyed, identify the person who did so, the date this occurred and the reason for alteration or destruction.

ANSWER:

13.  Please state whether you have ever been a party to a civil lawsuit, settled a claim for professional malpractice against you, or been charged with any crime, whether a misdemeanor or felony. If so, please state:

    a. For each civil lawsuit:

        i. The names of the parties;
        ii. The cause(s) of action asserted;
        iii. The date filed;
        iv. The court in which it was filed; and
        v. The case number;

    b. For each claim of medical malpractice:

        i. The date of the claim;
        ii. The nature of the allegations; and
        iii. The date of the settlement;

    c. For each crime, please state:

        i. The crime you were charged with;
        ii. The governmental body that charged you;
        iii. The date of the charge;
        iv. The disposition; and
        v. The date of disposition.

ANSWER:

14.  Please state whether you have ever been disciplined, reprimanded, terminated, or investigated by an employer, government body, professional licensing organization, or other professional organization for violations of law or other rules or policies. If so, please state:

    a. The name and address of the employer, government body, professional licensing, or other professional organization;
    b. The law, rule, or policy you were accused of violating and when such violation allegedly occurred; and
    c. The nature and date of the discipline, reprimand, termination, or investigation.

ANSWER:

6

15. At the time of Plaintiff's confinement in the St. Louis City Justice Center, please state whether there existed any established Corizon, City of St. Louis, or St. Louis City Justice Center policy, procedure, special order or general order, memorandum, directive, or unwritten practice pertaining to:

   a. The screening of individuals in the infirmary upon their arrival by a medical professional;
   b. The identification and reporting of potentially serious changes in a person's condition;
   c. The screening, examination, diagnosis, or provision of care for individuals with potentially serious changes in condition;
   d. The screening, diagnosis, or treatment of potential bone fractures;
   e. The screening, diagnosis, or treatment of potential kidney injuries;
   f. Creating a treatment plan;
   g. Referring to outside providers or facilities;
   h. The reporting of conditions by nurses to staff physicians;
   i. Taking pictures of injuries already sustained by individuals prior to their arrival in the infirmary;
   j. Physicians reviewing the records of patients;
   k. Physicians physically examining patients; and
   l. Allowing persons in the infirmary to be taken before a judge as soon as practicable.

   ANSWER:


16. If your answer to any part of the previous interrogatory was in the affirmative, please state for each:

   a. The content of the policy, procedure, special or general order, memorandum, directive, or unwritten practice;
   b. The date it was made effective;
   c. Any title, number, or other information sufficient to identify it in a request for production; and
   d. The content and date of any changes made in the policy.

   ANSWER:


17. Please state whether, during Plaintiff's stay in the infirmary, you conducted any

7

review of Plaintiff's medical records, physically examined Plaintiff, or discussed any aspect of Plaintiff's condition with Plaintiff or any other person. If so, for each, please state:

      a. The date and time;
      b. Whether it was a records review, physical examination, or discussion with Plaintiff or someone else;
      c. If it was a discussion with another person, identify that person by name, address, phone number;
      d. The results of the records review or examination, or the topic of the discussion.

ANSWER:


18. Please identify by title, author, editor, publisher, publication date, and ISBN number any medical textbooks, practice guides, or reference guides you relied upon in providing or overseeing the provision of any treatment to Plaintiff.

ANSWER:


## REQUESTS TO PRODUCE

1. Please produce any and all contracts, agreements, amendments, statements of understanding, or memoranda between yourself and any of the following: the City of St. Louis (or any of its departments or subdivisions); or Corizon, Inc., Corizon, LLC, or any predecessor entity.

ANSWER:


2. Please provide any letters, emails, or other correspondence between yourself and any of the following: the City of St. Louis (or any of its departments or subdivisions); or any employee, executive officer, or agent of Corizon, Inc., Corizon, LLC, or any predecessor entity, concerning:

      a. The screening of individuals in the infirmary upon their arrival by a medical professional;
      b. The identification and reporting of potentially serious changes in a person's condition;
      c. The screening, examination, diagnosis, or provision of care for individuals with potentially serious changes in condition;
      d. The screening, diagnosis, or treatment of potential bone fractures;
      e. The screening, diagnosis, or treatment of potential kidney injuries;

      f. Creating a treatment plan;
      g. Referring persons to outside providers or facilities;
      h. The reporting of conditions by nurses to staff physicians;
      i. Taking pictures of injuries already sustained by individuals prior to their arrival in the infirmary;
      j. Physicians reviewing the records of patients;
      k. Physicians physically examining patients; and
      l. Allowing persons in the infirmary to be taken before a judge as soon as practicable following their arrest.

ANSWER:

3. Please provide any letters, emails, or other correspondence between yourself and any of the following: the City of St. Louis (or any of its departments or subdivisions); Corizon, Inc., Corizon, LLC, or any predecessor entity; and each nurse or physician providing care or treatment to Plaintiff at any time on or after March 6, 2013, concerning:

      a. Any discipline, reprimand, termination, or investigation;
      b. The screening of individuals in the infirmary upon their arrival by a medical professional;
      c. The identification and reporting of potentially serious changes in a person's condition;
      d. The screening, examination, diagnosis, or provision of care for individuals with potentially serious changes in condition;
      e. The screening, diagnosis, or treatment of potential bone fractures;
      f. The screening, diagnosis, or treatment of potential kidney injuries;
      g. Creating a treatment plan;
      h. Referring persons to outside providers or facilities;
      i. The reporting of conditions by nurses to staff physicians;
      j. Taking pictures of injuries already sustained by individuals prior to their arrival in the infirmary;
      k. Physicians reviewing the records of patients;
      l. Physicians physically examining patients; and
      m. Allowing persons in the infirmary to be taken before a judge as soon as practicable following their arrest.

ANSWER:

4. Please provide all written statements, forms, or other documents made or completed by yourself concerning Plaintiff or his care.

ANSWER:

5. Please provide copies of any statements made by Plaintiff regarding his arrest, transportation, confinement, or medical care made at any time, whether written, recorded, or memorialized in any way, in its original form.

ANSWER:

6. Please provide a copy of any insurance policy that may provide coverage of any kind based on your involvement or liability in this lawsuit.

RESPONSE:

7. Please provide copies of any photographs, videos, audio recordings, or other recordings of Plaintiff or the events alleged in the Complaint.

RESPONSE:

8. Please provide all documents you or your attorneys have concerning any discipline, reprimand, termination, or investigation brought against yourself, or any other person who provided care to Plaintiff, by Corizon, a government body, a professional licensing organization, or any other professional organization for violations of law or other rules or policies.

ANSWER:

9. Please provide any physical evidence you have concerning Plaintiff's arrest, transportation, confinement, or medical care.

ANSWER:

Respectfully submitted,

//S// Jeffrey A. Herman
Jeffrey A. Herman, #62941MO
Bollwerk & Tatlow, LLC
10525 Big Bend Boulevard
Kirkwood, MO  63122
(314) 315-8111
(314) 315-8113
jah@bollwerktatlow.com


//S// Phillip A. Tatlow
Phillip A. Tatlow, #12687MO
Bollwerk & Tatlow, LLC
10525 Big Bend Boulevard
Kirkwood, MO  63122
(314) 315-8111
(314) 315-8113
pat@bollwerktatlow.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2015, the foregoing was sent via email to the following parties:

Philip Sholtz, # 57375
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Philip.Sholtz@ago.mo.gov
*Attorneys for Defendants Bettye Battle-Turner, Richard Gray, Erwin O. Switzer, Thomas Irwin, Francis Slay, Joseph Tomlinson, Nicholas Martorano, John Moton, Jonathon Carroll, Board of Police Commissioners, St. Louis City Metropolitan Police Department*

Rory P. O'Sullivan #62388 MO
Assistant City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-3361
Fax: 314-622-4956
OSullivanR@stlouis-mo.gov
*Attorneys for Defendant City of St. Louis*

Jessica L. Liss, # 51331MO
Amy J. White, # 60411MO
JACKSON LEWIS, PC
7733 Forsyth Blvd., Suite 600
St. Louis, Missouri 63105
(314) 827-3939
(314) 827-3940 (Fax)
jessica.liss@jacksonlewis.com
amy.white@jacksonlewis.com
*Attorneys for Defendant Corizon, LLC, April Scott, Rhalashondra Straughter, and Joyce Sanchez*

A.M. Spradling, III # 23702
1838 Broadway, P.O. Drawer 1119
Cape Girardeau, MO 63702-1119
(573) 335-8296 Fax: (573) 335-8525
spradlaw@swbell.net
*Attorneys for Defendant Blake Leadbetter*

By: //s// Jeffrey A. Herman