UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER, SR., | ) ) ) ) |
| Plaintiff, | ) )  No. 4:14-CV-999 RLW |
| v. | ) ) ) |
| JOSEPH TOMLINSON, et al. | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion to Compel and Memorandum of Law in Support (ECF No. 121). Since the filing of Plaintiff's Motion, Defendant Corizon served Plaintiff with Defendant Corizon's First Amended Answers and Responses to Plaintiff's Third Interrogatories and First Requests to Produce, which included the information sought by Plaintiff in his Motion to Compel. *See* ECF No. 122. In light of the amended discovery responses filed by Defendant Corizon, Plaintiff's Motion to Compel is now moot.

Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion to Compel and Memorandum of Law in Support (ECF No. 121) is **DENIED** as moot.

Dated this 7th day of January, 2016.

/s/ Ronnie L. White
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**