UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:14cv999   RLW |
| JOSEPH TOMLINSON, et al., | ) |
| Defendants. | ) |

**ORDER**

The Court having been notified that this matter has settled as to Defendant Corizon, LLC, Defendant Dr. Paul Geiger, Defendant Rhalashondra Straughter, Defendant April Scott, and Defendant Joyce Sanchez, ONLY.

**IT IS HEREBY ORDERED**, that the June 20, 2016 trial of this matter is VACATED and all pending motions are denied without prejudice, as to Defendants Corizon, LLC, Dr. Paul Geiger, Rhalashondra Straughter, April Scott, and Joyce Sanchez, ONLY.

**IT IS FURTHER ORDERED** that counsel shall file within thirty   (30) days from the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.   Failure to timely comply with this order shall result in the dismissal of this action without prejudice, as to Defendants Corizon, LLC, Dr. Paul Geiger, Rhalashondra Straughter, April Scott, and Joyce Sanchez.

_/s/ Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2016.