UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CALVIN FLETCHER, SR.,          )
                                )
            Plaintiff,      )
                                )
v.                               )
                                )     Case No. 4:14-CV-0999-RLW
JOSEPH TOMLINSON, *et. al.*,    )
                                )
                                )
           Defendants.    )

## DEFENDANTS' EXHIBIT LIST

Defendants Joseph Tomlinson, Nicholas Martorano, John Moton, Jonathan Carroll may introduce the following exhibits at trial:

| Exhibit | Description |
| --- | --- |
| Deft A | St. Louis Metropolitan Police Incident Report Date 03/06/13, Bates # 40-47 |
| Deft B | City of St. Louis EMS Report Dated 03/16/13 |
| Deft C | SLMPD Information Disposition Report- Complaint No. 13-010745, Bates # 81 |
| Deft D | SLMPD Intra-Department Report- Critical Incident Review, Taser and ASP Baton Use 13-010475, Bates No. # 91 |
| Deft E | SLMPD Laboratory Report-Lab Case # 13-001874, Bates # 54-55 |
| Deft F | SLMPD Filed Booking Form, Bates # 74-75 |
| Deft G | St. Louis City Division of Corrections- IJMS Long Profile |

| | |
|---|---|
| Deft H | Plaintiff's Response to Defendant Carroll's First Set of Interrogatories |
| Deft I | Correctional Medical Services Intake Mental Health Screening |
| Deft J | Correctional Medical Service Consent for Treatment |
| Deft K | Nursing Assessment 3/7/13 |
| Deft L | Nursing Assessment 3/8/13 |
| Deft M | Nursing Assessment 3/9/13 |
| Deft N | Nursing Assessment 3/10/13 |
| Deft O | Nursing Assessment 3/11/13 |
| Deft P | Nursing Assessment 3/12/13 |
| Deft Q | Correctional Medical Services, Inc. Physicians' Orders |
| Deft R | SLMPD Transcript of Convictions Arrest Information |
| Deft S | General Message Route System 03/08/13, Bates # 83 |
| Deft T | MULES Report 03/12/13 |
| Deft U | SLMPD Multi-Jurisdictional Prisoner Status Form, Bates # 87 |
| Deft V | Perry County Sheriff's Office Offense/Incident Report, Plaintiff's 0118 |
| Deft W | Perry County Memorial Hospital Radiology Report 03/12/13 |
| Deft X | Perry County Memorial Hospital Patient Discharge Instruction Summary |

| | |
|---|---|
| Deft Y | Perry County Memorial Hospital Radiology Report 3/19/13 |
| Deft Z | BJC Infectious Disease Report 4/4/13, Plaintiff's 0612 |
| Deft AA | BJC Emergency Department Summary 4/25/13, Plaintiff's 0786 |
| Deft BB | BJC Infectious Disease Report 5/6/13, Plaintiff's 0572 |
| Deft CC | BJC Infectious Disease Report 09/12/13 |
| Deft DD | Washington University School of Medicine letter to Jeffery A. Herman re: Case Analysis of Calvin Fletcher |
| Deft EE | United States District Court Eastern District of Missouri Eastern Division Order |

Defendants reserve the right to introduce exhibits identified by the Plaintiff in his Exhibit List and to introduce additional exhibits in response to the evidence presented at trial by the Plaintiff.

Respectfully submitted,

**CHRIS KOSTER,**
Attorney General

   /s/ Henry F. Luepke
Henry F. Luepke, #38782MO
Jillian M. Mueller, #65033MO
Assistant Attorney General
Post Office Box 861
St. Louis, MO  63188
Tel: (314) 340-7652
Fax: (314) 340-7029
E-mail: Bud.Luepke@ago.mo.gov

*Attorneys for Defendants Tomlinson, Martorano, Moton, and Carroll*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, the foregoing Exhibit List was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

/s/ Henry F. Luepke
Assistant Attorney General