UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER,           )  | |
|     Plaintiff,           ) | |
| vs.           ) | No. 4:14-CV-999-RLW |
|            ) | |
| JOSEPH TOMLINSON, et al.,           ) | |
|     Defendants.           ) | |

PLAINTIFF'S EXHIBIT LIST

Comes now Plaintiff, Calvin Fletcher, per Section I.3 of this Court's Amended Case Management Order of 7/15/16, and submits the following list of exhibits:

Plaintiff intends to introduce the following exhibits into evidence during his case-in-chief:

1    Corizon Correction Medical Services (34 pages)

2    certified Records, Bills, & Lien of Perry County Memorial Hospital (52 pages)

3    certified Records & Bills of St. Louis University Hospital (157 pages)

4    certified Records of SLUCare (60 pages)

5    Barnes Jewish Hospital Records of 4/25/13 ER Visit (17 pages)

6    Steve M. Arkin, M.D. deposition (66 pages)

7    Arnold Berns, M.D. deposition (195 pages) (including all exhibits thereto)

8    City EMS Report

9    video recording (exterior view, Bate 578)

10    video recording (interior view, Bate 579)

11    Incident Report w/ attached supplements (Bate 40-53),-- redacted so as to remove references to previous alleged charges/arrests (bottom entry of Bate 43 and all entries on Bate 44)

12    Laboratory Report (Bate 54-55)

13    Taser Download (Bate 1-34)

14    Arbitrator 360, St. Louis Police Department Quick Reference Guide (Bate 35-39)

15    Calls For Service Report (Bate 56-60)

16    Critical Incident Review (Bate 91)

Plaintiff may introduce the following exhibits into evidence during his case-in-chief:

17    videotape cover sheet (Bate 577)

| | |
|---|---|
| 18 | Police Manual (Bate 92-297) |
| 19 | Incident Report w/ attached supplements (Bate 40-53) |
| 20 | Booking Sheets (Bate 61-69), redacted so as to remove references to previous alleged charges/arrests and alleged unemployment |
| 21 | Special Order 8-01 (Bate 298-394) |
| 22 | Special Order 8-02 (Bate 395-412) |
| 23 | Special Order 1-01 (Bate 413-458) |
| 24 | Special Order 5-33 (Bate 459-465) |
| 25 | Special Order 5-06 (Bate 466-517) |
| 26 | Special Order 8-03 (Bate 518-569) |
| 27 | Arrest Record (Bate 70-87), redacted |
| 28 | Release And Permanent Transfer From the Division Of Corrections (p. 16 of Initial Disclosures from City of St. Louis) |
| 29 | IJMS Final Release Report (p. 17 of Initial Disclosures from City of St. Louis), references to previous alleged charges/arrests and alleged unemployment |
| 30 | booking photo of Calvin Fletcher (p. 24 of Initial Disclosures from City of St. Louis) |
| 31 | Agreement For Comprehensive Health Services (pp. 100-160 of Initial Disclosures from City of St. Louis) |
| 32 | transcript of audio recordings (Moton Depo Exhibit 2; 3 pages) |
| 33 | transcript of audio recordings (Tomlinson Depo Exhibit 1; 3 pages) |
| 34 | SO 5-33 (Carroll Depo Exhibit 3; seven pages) |
| 45 | audio recording introduction |
| 45a | audio recording 45-A |
| 45b | audio recording 45-B |
| 45c | audio recording 45-C |
| 45d | audio recording 45-D |
| 45e | audio recording 45-E |
| 45f | audio recording 45-F |
| 45g | audio recording 45-G |
| 45h | audio recording 45-H |
| 45x | audio recording conclusion |

Plaintiff may further submit exhibits that would be excerpts from depositions taken in this cause, which would be consistent with portions designated substantially simultaneously herewith.

Plaintiff reserves the right to introduce into evidence exhibits other parties might designate, and to object/redact any exhibits as to any matter contained in the exhibits that Plaintiff may object to or as may be subject to the Court's rulings on pre-trial objections or motions in limine.

/s/Mark H. Zoole
Mark H. Zoole  #38635M (formerly #4773)
P.O. Box 190549
St. Louis, MO  63119
(314) 223-0436
zoole@sbcglobal.net
co-counsel for Plaintiff

Certificate Of Service

The undersigned certifies that a true and accurate copy of the foregoing was served on all counsel of record, including Henry F. Luepke, Bud.Luepke@ago.mo.gov, and Jillian Meek Mueller, Jillian.Mueller@ago.mo.gov, P.O. Box 861, St. Louis, MO, 63188, and Phil Tatlow, 10525 Big Bend, St. Louis, MO, 63122, pat@bollwerktatlow.com via the Court Clerk's electronic notification system on this 19th day of July, 2016.

/s/Mark H. Zoole