# EXHIBIT LIST
## Jury Trial

Style: Calvin Fletcher, Sr. v. Tomlinson, et al.
Case No. 4:14-CV-00999-RLW

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 |  | 1 | 8/8/16 |  |  | Corizon Correction Medical Services Nursing Report | ✔ 8/10/16 |
| 2 |  | 1 | 8/8/16 |  |  | Perry County Medical Records | ✔ 8/10/16 |
| 3 |  | 1 | 8/8/16 |  |  | Bills of St. Louis University Hospital | ✔ 8/10/16 |
| 15 |  | 2 | 8/8/16 |  |  | Calls for Service Report | ✔ 8/9/16 |
| 10 |  | 2 | 8/8/16 |  |  | Interior Police Cam (Video of inside the "Cage") | ✔ 8/8/16 |
| 9 |  | 2 | 8/8/16 |  |  | Exterior Police Cam (Video of outside in front of car) | ✔ 8/8/16 |
| 34 |  | 2 | 8/8/16 |  |  | Rules of Police Camera Usage | ✔ 8/8/16 |
| 13 |  | 2 | 8/8/16 |  |  | Log from Taser | ✔ 8/8/16 |
| 30 |  | 3 | 8/9/16 |  |  | Calvin Fletcher Mug Shot | ✔ 8/9/16 |
| 11 |  | 3 | 8/9/16 |  |  | Police Report | ✔ 8/9/16 |
| 8 |  | 5 | 8/9/16 |  |  | EMT Report | ✔ 8/9/16 |
| 12 |  | 5 | 8/9/16 |  |  | Lab Report | ✔ 8/9/16 |
|  | A | 5 | 8/9/16 |  |  | Police Report (Same as Plaintiff's 15) | ✔ 8/9/10 |

**X** EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used     **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and date     **Page** 1 of 1

# EXHIBIT LIST
## Jury Trial

Style: Calvin Fletcher, Sr. v. Tomlinson, et al.
Case No. 4:14-CV-00999-RLW

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 5 |   |   |   |   |   | Barnes Jewish Hospital Records | ✔ 8/10/16 |
| 4 |   |   |   |   |   | SLUCARE Records | ✔ 8/10/16 |
|   | B | 9 |   |   |   | City of St. Louis EMS Report (Same as Plaintiff's 8) | ✔ 8/9/16 |

**X** EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page <u>2</u> of <u>2</u>**