# United States District Court
EASTERN DISTRICT OF MISSOURI

CALVIN FLETCHER

    Plaintiff(s),

            v.                CASE NUMBER: 4:14CV999-RLW

JOSEPH TOMLINSON, et al.

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Calvin Fletcher and against Defendant Nicholas Martorano on Count 1 of the Second Amended Complaint in the amount of $100,000 in damages and $200,000 in punitive damages; and judgment is entered in favor of Plaintiff Calvin Fletcher and against Defendant John Moton on Count 1 of the Second Amended Complaint in the amount of $100,000 in damages and $200,000 in punitive damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims are dismissed against Defendants Joseph Tomlinson and Jonathan Carroll.

                                                          Gregory J. Linhares
                                                          CLERK OF COURT

August 10, 2016
DATE

                                      By:    /s/ Nicole Blasko
                                                      DEPUTY CLERK