# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4399

Calvin Fletcher, Sr.

Appellee

v.

Joseph Tomlinson

Nicholas Martorano and John Moton

Appellants

Jonathan Carroll, et al.

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-00999-RLW)
_____

**ORDER**

Appellee's motion to strike and appellant's response are hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

February 03, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans