IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CALVIN FLETCHER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH TOMLINSON, et al., | )   Case No.: 4:14-cv-999-RLW |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

Comes now Plaintiff Calvin Fletcher, by and through counsel, and hereby acknowledges full and final satisfaction of judgment of the Court and acknowledges receipt of settlement funds in the amount of EIGHT HUNDRED FIFTY THOUSAND DOLLARS ($850,000.00) from Defendants John Moton and Nicholas Martorano. This fully satisfies any judgment or claim in the above referenced case.

BOLLWERK & TATLOW, LLC

/s/Phillip A. Tatlow_____
Phillip A. Tatlow #41364MO
10525 Big Bend Blvd.
St. Louis, MO  63122
(314) 315-8111, and

Mark H. Zoole #38635MO
(314) 223-0436
zoole@sbcglobal.net

Counsel for Plaintiff

1

<u>Certificate of Service</u>

The undersigned certifies that a true and accurate copy of the foregoing was served on all counsel of record to this cause, including Henry F. Luepke III, [Bud.Luepke@ago.mo.gov](mailto:Bud.Luepke@ago.mo.gov), P.O. Box 861, St. Louis, MO 63188, and via the Court Clerk's electronic notification system on this 24th  day of August, 2018.

/s/Phillip A. Tatlow