IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CALVIN FLETCHER, SR.,                          )
                                               )
                        Plaintiff,             )
                                               )
v.                                             )
                                               )
JOSEPH TOMLINSON, et al.,                      )        Case No.: 4:14-cv-999-RLW
                                               )
                        Defendants.            )

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND SATISFACTION OF JUDGMENT**

COMES NOW Plaintiff, Calvin Fletcher, by and through counsel, and dismisses the
above case, as well as all further claims and Motions for Attorney's Fees against John Moton and
Nicholas Martorano with prejudice. All settlement funds owed to client have been fully satisfied
by Defendants. Plaintiff requests this case be dismissed with prejudice with each party to bear
their own costs.

BOLLWERK & TATLOW, LLC

/s/Phillip A. Tatlow_____
Phillip A. Tatlow #41364MO
10525 Big Bend Blvd.
St. Louis, MO  63122
(314) 315-8111, and

Mark H. Zoole #38635MO
(314) 223-0436
zoole@sbcglobal.net

Counsel for Plaintiff

1

<u>Certificate of Service</u>

       The undersigned certifies that a true and accurate copy of the foregoing was served on all counsel of record to this cause, including Henry F. Luepke III, <u>Bud.Luepke@ago.mo.gov</u>, P.O. Box 861, St. Louis, MO 63188, and via the Court Clerk's electronic notification system on this 24th day of August, 2018.

                                 /s/Phillip A. Tatlow